E-FILED

1  Laurence D. King (State Bar No. 206423)
   Linda M. Fong (State Bar No. 124232)
2  KAPLAN FOX & KILSHEIMER LLP
   555 Montgomery Street, Suite 1501
3  San Francisco, CA 94111
   Telephone: 415-772-4700
4  Fax: 415-772-4707

5  Liaison Counsel for Plaintiffs

6  David J. George (Admitted Pro Hac Vice)
   Robert J. Robbins (Admitted Pro Hac Vice)
7  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
8  197 South Federal Highway, Suite 200
   Boca Raton, FL 33432
9  Telephone: 561-750-3000
   Fax: 561-750-3364
10

11 Co-Lead Counsel for Plaintiffs

12 [Additional Counsel On Signature Page]

   Lori G. Feldman *(admitted pro hac vice)*
   MILBERG WEISS BERSHAD
   & SCHULMAN LLP
   One Pennsylvania Plaza
   New York, NY 10119-0165
   Telephone: 212-594-5300
   Fax: 212-868-1229

   Co-Lead Counsel For Plaintiffs

**FILED**

JUL 12 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

| 18 | In re GILEAD SCIENCES SECURITIES LITIGATION | ) MASTER FILE NO.: C-03-4999-MJJ |
|---|---|---|
| 19 | | ) <u>CLASS ACTION</u> |
| 20 | | ) |
| 21 | This Document Relates To: | ) STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING BRIEFS TO BE FILED IN EXCESS OF PAGE LIMITATIONS |
| 22 | ALL ACTIONS | ) |
| 23 | | ) [N.D. CAL. LOCAL RULES 7-4, 7-10(b)] |

24
25
26
27
28

Lead plaintiffs Trent St. Clare and Terry Johnson ("plaintiffs") and defendants Gilead Sciences, Inc., John F. Milligan, Mark L. Perry, Norbert W. Bischofberger, Anthony Carraciolo, and William A. Lee ("defendants") hereby stipulate, and the Court orders, as follows:

**WHEREAS**, on May 10, 2005, defendants filed their opening brief in support of Motion to Dismiss Plaintiffs' Third Consolidated Amended Class Action Complaint;

**WHEREAS**, defendants' Motion to Dismiss is set for hearing September 27, 2005;

**WHEREAS**, plaintiffs' opposition to defendants' Motion to Dismiss is due on July 11, 2005, and defendants' reply is due within 30 days of the filing of plaintiffs' opposition brief;

**WHEREAS**, due to the number and complexity of the issues raised by the Motion to Dismiss, defendants' counsel agreed to plaintiffs' counsel's request to file an opposition brief in excess of the applicable page limitations set forth in Local Rule 7-4(b) by 5 pages provided they also receive an additional 5 pages for their reply ;

**WHEREAS**, counsel for plaintiffs and defendants have agreed, subject to Court approval, that the length of the opposition and reply briefs may exceed the applicable page limitations set forth in Local Rule 7-4(b) by 5 pages respectively;  and

**WHEREAS**, counsel for plaintiffs and defendants have agreed that, subject to court approval, plaintiffs' opposition brief may not exceed 30 pages of text and the reply brief may not exceed 20 pages of text.

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs and defendants, through their respective counsel, that plaintiffs' opposition to defendants' Motion To

1  Dismiss may not exceed 30 pages of text and defendants' reply brief on same may not exceed 20
2  pages of text.

3  DATED: July 5, 2005                         KAPLAN FOX & KILSHEIMER LLP

4

5                                              By: _____
6                                                  Laurence D. King (State Bar No. 206423)
                                                   Linda M. Fong (State Bar No. 124232)
7                                                  555 Montgomery Street, Suite 1501
                                                   San Francisco, CA 94111
                                                   Telephone: 415-772-4700
8                                                  Fax: 415-772-4707

9                                              Liaison Counsel for Plaintiffs

10                                             David J. George (Admitted Pro Hac Vice)
                                               Robert J. Robbins (Admitted Pro Hac Vice)
11                                             LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
12                                             197 South Federal Highway, Suite 200
                                               Boca Raton, FL 33432
13                                             Telephone: 561-750-3000
                                               Fax: 561-750-3364
14
                                               Co-Lead Counsel for Plaintiffs
15
                                               Lori G. Feldman *(admitted pro hac vice)*
16                                             MILBERG WEISS BERSHAD
                                               & SCHULMAN LLP
17                                             One Pennsylvania Plaza
                                               New York, NY 10119-0165
18                                             Telephone: 212-594-5300
                                               Fax: 212-868-1229
19
                                               Co-Lead Counsel for Plaintiffs
20

21  DATED: July 5, 2005                        COOLEY GODWARD LLP

22

23                                             By: _____

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER PERMITTING BRIEFS TO BE FILED IN
EXCESS OF PAGE LIMITATIONS                                    Master File No.: C-03-4999-MJJ

1  Stephen C. Neal (State Bar No. 170085)
2  John C. Dwyer (State Bar No. 136533)
   Grant P. Fondo (State Bar No. 181530)
3  Mary Beth O'Connor (State Bar No. 228591)
   COOLEY GODWARD LLP
4  5 Palo Alto Square
   3000 El Camino Real
5  Palo Alto, CA 94306-2155
   Telephone: 650-843-5000
6  Fax: 650-857-0663

7  Attorneys for Defendants Gilead Sciences, Inc., John
   C. Martin, John F. Milligan, Mark L. Perry, Norbert W.
8  Bischofberger, Anthony Carraciolo, and William A.
   Lee

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION AND [PROPOSED] ORDER PERMITTING BRIEFS TO BE FILED IN
EXCESS OF PAGE LIMITATIONS                                          Master File No.: C-03-4999-MJJ

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that, good cause appearing, plaintiffs' opposition to defendants' Motion To Dismiss may not exceed 30 pages of text and defendants' reply brief on same may not exceed 20 pages of text.

DATED: 7/11, 2005

_____
Hon. Martin J. Jenkins
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER PERMITTING BRIEFS TO BE FILED IN EXCESS OF PAGE LIMITATIONS              Master File No.: C-03-4999-MJJ