Laurence D. King (State Bar No. 206423)
Linda M. Fong (State Bar No. 124232)
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: 415-772-4700
Fax: 415-772-4707

Liaison Counsel for Plaintiffs

David J. George (Admitted Pro Hac Vice)
Robert J. Robbins (Admitted Pro Hac Vice)
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561-750-3000
Fax: 561-750-3364

Lori G. Feldman *(admitted pro hac vice)*
MILBERG WEISS BERSHAD
& SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: 212-594-5300
Fax: 212-868-1229

Co-Lead Counsel For Plaintiffs

Co-Lead Counsel for Plaintiffs

[Additional Counsel On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re GILEAD SCIENCES SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MASTER FILE NO.: C-03-4999-MJJ<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF THE FOURTH AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS SAME**<br><br>[N.D. CAL. LOCAL RULES 6-2, 7-12] |

1  Lead plaintiffs Trent St. Clare and Terry Johnson ("plaintiffs") and defendants Gilead Sciences, Inc., John F. Milligan, Mark L. Perry, Norbert W. Bischofberger, Anthony Carraciolo, and William A. Lee ("defendants") hereby stipulate through their counsel, and the Court orders, as follows:

**WHEREAS,** on October 11, 2005 the Court issued its Order granting defendants' 12(b)(6) motion to dismiss with leave to amend and allowing plaintiffs to file a fourth amended complaint (the "Amended Complaint") on or before November 10, 2005;

**WHEREAS,** counsel for plaintiffs and defendants have agreed, subject to Court approval, to extend the time for filing the Amended Complaint and to establish a briefing schedule for defendants' motion to dismiss the Amended Complaint;

**WHEREAS,** due to disruptions in counsel's business due to Hurricane Wilma, the intervening Thanksgiving holiday, and the other professional commitments of counsel, counsel for plaintiffs and defendants have agreed, subject to Court approval, that plaintiffs shall file the Amended Complaint on or before December 2, 2005.  Defendants shall file their motion to dismiss by December 23, 2005, plaintiffs shall file their opposition by January 17, 2006 and defendants shall file their reply by January 31, 2006; and

**WHEREAS,** counsel for plaintiffs and defendants have agreed, subject to Court approval, that defendants' motion to dismiss shall be set for hearing on February 7, 2006 at 9:30 a.m., or, alternatively, on February 14, 2006, at 9:30 a.m..

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs and defendants, through their respective counsel, that the Amended Complaint shall be filed on or before December 23, 2005, and the following briefing schedule shall apply for defendants' motion to dismiss the Amended Complaint:  defendants' opening brief due December 23, 2005;   plaintiffs' opposition due January 17, 2006; defendants' reply due January 31, 2006; and a hearing shall be set for February 7, 2006 at 9:30 a.m., or, alternatively, at February 14, 2006 at 9:30 a.m.

---

1

STIPULATION AND [PROPOSED] ORDER RE FILING OF THE FOURTH AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS SAME

Master File No.: C-03-4999-MJJ

| | | |
|---|---|---|
| 1 | DATED: November 7, 2005 | KAPLAN FOX & KILSHEIMER LLP |
| 2 | | By: _____/s/_____ |
| | | Laurence D. King (State Bar No. 206423) |
| 3 | | Linda M. Fong (State Bar No. 124232) |
| | | 555 Montgomery Street, Suite 1501 |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: 415-772-4700 |
| 5 | | Fax: 415-772-4707 |
| 6 | | Liaison Counsel for Plaintiffs |
| 7 | | David J. George (Admitted Pro Hac Vice) |
| | | Robert J. Robbins (Admitted Pro Hac Vice) |
| 8 | | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 9 | | 197 South Federal Highway, Suite 200 |
| | | Boca Raton, FL 33432 |
| 10 | | Telephone: 561-750-3000 |
| | | Fax: 561-750-3364 |
| 11 | | |
| 12 | | Co-Lead Counsel for Plaintiffs |
| 13 | | Lori G. Feldman *(admitted pro hac vice)* |
| | | MILBERG WEISS BERSHAD & SCHULMAN LLP |
| 14 | | One Pennsylvania Plaza |
| | | New York, NY 10119-0165 |
| 15 | | Telephone: 212-594-5300 |
| | | Fax: 212-868-1229 |
| 16 | | |
| 17 | | Co-Lead Counsel for Plaintiffs |
| 18 | DATED: November 7, 2005 | COOLEY GODWARD LLP |
| 19 | | |
| 20 | | By: _____/s/_____ |
| | | Stephen C. Neal (State Bar No. 170085) |
| 21 | | John C. Dwyer (State Bar No. 136533) |
| | | Grant P. Fondo (State Bar No. 181530) |
| 22 | | Mary Beth O'Connor (State Bar No. 228591) |
| | | COOLEY GODWARD LLP |
| 23 | | 5 Palo Alto Square |
| | | 3000 El Camino Real |
| 24 | | Palo Alto, CA 94306-2155 |
| | | Telephone: 650-843-5000 |
| 25 | | Fax: 650-857-0663 |
| 26 | | Attorneys for Defendants Gilead Sciences, Inc., John C. Martin, John F. Milligan, Mark L. Perry, Norbert W. |
| 27 | | Bischofberger, Anthony Carraciolo, and William A. Lee |
| 28 | | |

2

STIPULATION AND [PROPOSED] ORDER RE FILING OF THE FOURTH AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS SAME — Master File No.: C-03-4999-MJJ

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that, good cause appearing, plaintiffs shall file the Amended Complaint on or before December 2, 2005. Defendants shall file their motion to dismiss by December 23, 2005, plaintiffs shall file their opposition by January 17, 2006 and defendants shall file their reply by January 31, 2006; and a hearing shall be set for [~~February 7, 2006~~] or **[February 14, 2006]** at 9:30 a.m.

DATED:     11/08/05

                                      Hon. Martin J. Jenkins
                                      United States District Judge