IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C03-04999 MJJ

**ORDER**

In Re GILEAD SCIENCES SECURITIES Lit.

_____/

The stipulation entitled "Stipulation Permitting Briefs to Be Filed in Excess of Page Limitations" (Docket No. 147) is **DENIED.**

**IT IS SO ORDERED.**

Dated: January 19 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE