E-filing

COOLEY GODWARD LLP
STEPHEN C. NEAL (170085)
JOHN C. DWYER (136533)
GRANT P. FONDO (181530)
MARY BETH O'CONNOR (228591)
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 4306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendants
GILEAD SCIENCES, INC., JOHN C. MARTIN, JOHN F.
MILLIGAN, MARK L. PERRY, NORBERT W.
BISCHOFBERGER, ANTHONY CARRACIOLO and
WILLIAM A. LEE

FILED
JAN 24 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re GILEAD SCIENCES SECURITIES LITIGATION | Master File No. C-03-4999-MJJ |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-12, and the Standing Orders of the Hon. Martin J. Jenkins, the parties stipulate, and the Court hereby orders, as follows:

1. On November 8, 2005 this Court filed the Stipulation And Order Re Filing Of The Fourth Amended Complaint And Briefing Schedule ("FAC Briefing Order"), which provided that Plaintiffs' Fourth Amended Complaint ("FAC") be filed by December 2, 2005, that Defendants' motion to dismiss the FAC be filed by December 23, 2005 and that Plaintiffs' opposition be filed by January 17, 2006. Defendants were to have fourteen days to reply to Plaintiffs' opposition, with the reply brief therefore scheduled to be filed by January 31, 2006. The hearing as to Defendants' motion to dismiss was set for February 14, 2006.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

719108 v3/PA

1.

CLASS ACTION
MASTER FILE NO. C-03-4999-MJJ

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' REPLY

2. Pursuant to the FAC Briefing Order, Plaintiffs filed the FAC on December 2, 2005 and Defendants filed their Motion to Dismiss Plaintiffs' Fourth Amended Complaint on December 22, 2005.

3. On January 13, 2006, pursuant to plaintiffs' request and defendants' subsequent agreement, the parties filed a Stipulation And Proposed Order Permitting Briefs To Be Filed In Excess Of Page Limitations "(Excess Page Limit Stipulation"). This stipulation provided for an opposition brief not to exceed thirty pages of text and a reply brief not to exceed twenty pages of text.

4. Pursuant to the FAC Briefing Order, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss ("Opposition") on January 17, 2006. Plaintiffs' Opposition is twenty-nine pages in length.

5. On January 20, 2006 this Court issued an Order denying the Excess Page Limit Stipulation.

6. On January 20, 2006 Plaintiffs filed their Corrected Opposition to Defendants' Motion to Dismiss ("Corrected Opposition"). The Corrected Opposition is twenty-five pages in length.

7. Defendants and plaintiffs have met and conferred and **IT IS STIPULATED AS FOLLOWS:**

8. In recognition of the above, and to permit Defendants the intended fourteen days to respond to the operative opposition brief, the parties agree that Defendants shall file their reply brief by February 3, 2006.

9. The parties hereby request that the February 14, 2006 hearing date remain on calendar.

///
///
///
///
///

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

719108 v3/PA

2.

CLASS ACTION
MASTER FILE NO. C-03-4999-MJJ

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' REPLY

| | |
|---|---|
| February 23, 2006 | _____/s/_____<br>Grant P. Fondo<br><br>Attorneys for Defendants<br>GILEAD SCIENCES, INC., JOHN C. MARTIN, JOHN F. MILLIGAN, MARK L. PERRY, NORBERT W. BISCHOFBERGER, ANTHONY CARRACIOLO and WILLIAM A. LEE |
| February 23, 2006 | KAPLAN FOX & KILSHEIMER LLP<br><br>_____/s/_____<br>Laurence D. King (State Bar No. 206423)<br>Linda M. Fong (State Bar No. 124232)<br>Liaison Counsel for Plaintiffs<br><br>MILBERG WEISS BERSHAD & SCHULMAN<br>Lori G. Feldman (Admitted Pro Hac Vice)<br>Co-Lead Counsel for Plaintiffs<br><br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br><br>David J. George (Admitted Pro Hac Vice)<br>Co-Lead Counsel for Plaintiffs |

ORDER

On the stipulation of the parties, and good cause appearing, Defendants shall file their reply to Plaintiffs' Opposition by February 3, 2006. The hearing on this matter remains on calendar for February 21, 2006.

IT IS SO ORDERED.

DATED: 1/24/2006            _____
                            Hon. Martin J. Jenkins
                            United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

719108 v3/PA                3.                CLASS ACTION
                                              MASTER FILE NO. C-03-4999-MJJ
STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' REPLY