Laurence D. King (SBN 206423)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: 415-772-4700
Fax: 415-772-4707

Liaison Counsel

David George (*admitted pro hac vice*)
Robert J. Robbins (*admitted pro hac vice*)
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561-750-3000
Fax: 561-750-3364

Lori G. Feldman (*admitted pro hac vice*)
Ross Brooks
Joshua H. Vinik
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212-594-5300
Fax: 212-868-1229

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GILEAD SCIENCES SECURITIES LITIGATION | Case No. C-03-4999-SI |
| | CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Lauren Block, an active member in good standing of the bar of the State of New York, whose business address and telephone number is Milberg LLP, One Pennsylvania Plaza, 50th Floor, New York, NY 10119, (212) 594-5300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Trent St. Clare and Terry Johnson.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

[PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY PRO HAC VICE: C-03-4999-SI - 1 -

1 | application will constitute notice to the party. All future filings in this action are subject to the
2 | requirements contained in General Order No. 45, Electronic Case Filing.

3
4 | DATED: _____     _____
                              The Honorable Susan Illston
                              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY        - 2 -
PRO HAC VICE: C-03-4999-SI