```
COOLEY GODWARD LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (jdwyer@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendants
GILEAD SCIENCES, INC., JOHN C. MARTIN,
JOHN F. MILLIGAN, MARK L. PERRY, NORBERT W.
BISCHOFBERGER, ANTHONY CARRACIOLO and
WILLIAM A. LEE
```

The Court will leave the case management on calendar for scheduling purposes.

**DENIED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GILEAD SCIENCES SECURITIES LITIGATION, | Case No. C-03-4999 SI |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE |

WHEREAS, by decision dated August 11, 2008, the United States Court of Appeals for the Ninth Circuit reversed a previous dismissal of this action and remanded it back to the District Court for the Northern District of California; and

WHEREAS, a Case Management Conference in this action has been set by the Court for January 16, 2009; and

WHEREAS, Defendants have advised Plaintiffs that they intend to renew their motion to dismiss this action on grounds not yet ruled upon by the previous decisions in this case, and plaintiffs intend to oppose such motion; and

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

785316 v1/PA

1.

JOINT STIPULATION AND [PROP.] ORDER TO
RESCHEDULE CMC HEARING
CASE NO. C-03-4999 SI

WHEREAS, discovery in this action will be stayed pursuant to the Private Securities Litigation Reform Act ("PSLRA") upon Defendants' filing of their renewed motion to dismiss; and

WHEREAS, Defendants have advised Plaintiffs that they intend to file a petition for writ of certiorari to the Supreme Court of the United States and reserve their right to move to stay all proceedings in this action pending a decision on such petition, and Plaintiffs have advised Defendants that they would oppose such stay; and

WHEREAS, in light of these outstanding issues and for purposes of judicial efficiency and economy, the parties believe that a Case Management Conference is premature, and have agreed on a briefing schedule for Defendants' renewed motion to dismiss;

NOW, THEREFORE, the parties hereby stipulate and agree, as follows:

1. Defendants' renewed motion to dismiss shall be filed and served by February 13, 2009.

2. Plaintiffs' opposition to the motion shall be filed and served by April 14, 2009.

3. Defendants' reply to the opposition shall be filed and served by May 14, 2009.

4. In the event that defendants move to stay all proceedings in the action pending a ruling on their petition for writ of certiorari to the Supreme Court, the parties will meet and confer in good faith to attempt to stipulate to a schedule for such motion.

5. The Case Management Conference currently scheduled for January 16, 2009 shall be removed from this Court's calendar and will be rescheduled for a date thirty (30) days after this Court enters its order on Defendants' motion to dismiss or at the Court's earliest convenience thereafter

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

785316 v1/PA

2.

JOINT STIPULATION AND [PROP.] ORDER TO
RESCHEDULE CMC HEARING
CASE NO. C-03-4999 SI

1       IT IS SO STIPULATED.

2   DATED: December 18, 2008            COOLEY GODWARD KRONISH LLP

                                               /s/ *John C. Dwyer*
                                              John C. Dwyer
                                              **Counsel for Defendants**

8   DATED: December 18, 2008            KAPLAN FOX & KILSHEIMER LLP

                                             /s/ *Linda M. Fong*
                                              Linda M Fong
                                              **Liason Counsel for Plaintiffs**

                                              Joshua H. Vinik
                                              Lori G. Feldman (*admitted pro hac vice*)
                                              Ross Brooks
                                              MILBERG LLP
                                              One Pennsylvania Plaza
                                              New York, NY 10119
                                              Telephone: (212) 594-5300
                                              Facsimile: (212) 868-1229

                                              David George (*admitted pro hac vice*)
                                              Robert J. Robbins (*admitted pro hac vice*)
                                              COUGHLIN STOIA GELLER RUDMAN &
                                              ROBBINS LLP
                                              197 S. Federal Highway, Suite 200
                                              Boca Raton, FL 33432
                                              Telephone: 561-750-3000
                                              Fax: 561-750-3364

                                              ***Co-Lead Counsel for Plaintiffs***

1 **[PROPOSED] ORDER**

2 The above stipulation having been considered and good cause appearing therefore,

3 **IT IS SO ORDERED.**

5 DATED:_____

6 The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

785316 v1/PA

4.

JOINT STIPULATION AND [PROP.] ORDER TO
RESCHEDULE CMC HEARING
CASE NO. C-03-4999 SI

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Stipulation and [Proposed] Order to Reschedule the Case Management Conference.

Dated: December 18, 2008         COOLEY GODWARD KRONISH LLP


                                 By: _____/s/_____
                                        John C. Dwyer

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

785316 v1/PA         5.         JOINT STIPULATION AND [PROP.] ORDER TO
                                RESCHEDULE CMC HEARING
                                CASE NO. C-03-4999 SI