Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Gilead Sciences Securities Litigation

Plaintiff(s),
v.

CASE NO. C-03-4999-SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

HOLLY W. KIMMEL , an active member in good standing of the bar of the State of Florida (particular court to which applicant is admitted) whose business address and telephone number is Coughlin Stoia Geller Rudman & Robbins LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
(561) 750-3000
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Trent St. Clare & Terry Johnson.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Hon. Susan Illston
United States District Judge