1  Laurence D. King (SBN 206423)
     lking@kaplanfox.com
2  Linda M. Fong (SBN 124232)
     lfong@kaplanfox.com
3  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
4  San Francisco, CA 94104
   Telephone: 415-772-4700
5  Fax: 415-772-4707

6  *Liaison Counsel for Plaintiffs*

7  David George (*admitted pro hac vice*)
     dgeorge@csgrr.com
8  Robert J. Robbins (*admitted pro hac vice*)
     rrobbins@csgrr.com
9  COUGHLIN STOIA GELLER RUDMAN
     & ROBBINS LLP
10 120 E. Palmetto Park Road, Suite 500
   Boca Raton, FL 33432
11 Telephone: 561-750-3000
   Fax: 561-750-3364

Joshua H. Vinik (*admitted pro hac vice*)
  jvinik@milberg.com
Lori G. Feldman (*admitted pro hac vice*)
  lfeldman@milberg.com
Ross Brooks (*admitted pro hac vice*)
  rbrooks@milberg.com
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: 212-594-5300
Fax: 212-868-1229

12                          *Co-Lead Counsel for Plaintiffs*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 In re GILEAD SCIENCES SECURITIES    ) Master File No.: C-03-4999-SI
   LITIGATION                          ) CLASS ACTION
18                                     )
                                       ) **[PROPOSED] ORDER GRANTING LEAD**
19                                     ) **PLAINTIFFS' MOTION FOR AN EXTENSION**
                                       ) **OF TIME TO FILE THE FIFTH**
20                                     ) **CONSOLIDATED AMENDED COMPLAINT**
                                       ) **UNDER N.D. CAL. LOCAL RULE 6-3(a)**
21                                     )
                                       ) Date: N/A
22                                     ) Time: N/A
                                       ) Courtroom 10, 19th Floor
23                                     )
                                       ) The Honorable Susan Illston
24 This Document Relates To:           )
                                       )
25        ALL ACTIONS                  )

26

27

28
                                         1
   PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR AN           Case No.: C-03-5088-SI
   EXTENSION OF TIME TO FILE THE FIFTH CONSOLIDATED AMENDED
   COMPLAINT UNDER N.D. CAL. LOCAL RULE 6-3(a)

Having considered the papers submitted in support of Plaintiffs' Motion for an Extension of Time To File The Fifth Consolidated Amended Complaint Under N.D. Cal. Local Rule 6-3(a) and in opposition of the Motion, and for good cause, the Court ORDERS as follows:

This Motion is granted. The deadline for filing the Fifth Amended Consolidated Complaint will be extended from June 26, 2009 to July 10, 2009.

IT IS SO ORDERED.

DATED: 6/24/09 , 2009

Hon. Susan Illston
United States District Judge

---

PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE THE FIFTH CONSOLIDATED AMENDED COMPLAINT UNDER N.D. CAL. LOCAL RULE 6-3(a)

Case No.: C-03-5088-SI

1