COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (jdwyer@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
GILEAD SCIENCES, INC., JOHN C. MARTIN, JOHN F. MILLIGAN, MARK L. PERRY, NORBERT W. BISCHOFBERGER, ANTHONY CARRACIOLO and WILLIAM A. LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re GILEAD SCIENCES SECURITIES LITIGATION, | Master File No. C-03-4999-SI |
| | **CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER TO FIFTH AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2** |
| | Dept.: Courtroom 10<br>Judge: Honorable Susan Illston |
| | Trial Date: None set |

**WHEREAS**, plaintiffs filed their Fifth Consolidated Amended Class Action Complaint for Violation of Federal Securities Laws ("Fifth Amended Complaint") on July 10, 2009;

**WHEREAS**, defendants Gilead Sciences, Inc., John C. Martin, John F. Milligan, Mark L. Perry, Norbert W. Bischofberger, Anthony Carraciolo, and William Lee (collectively, "Defendants") filed their Motion to Dismiss the Fifth Amended Complaint on August 12, 2009;

**WHEREAS**, the hearing on Defendants' Motion to Dismiss was held on October 9, 2009;

1   **WHEREAS**, the Court issued its Order granting in part and denying in part Defendants'
2   Motion to Dismiss the Fifth Amended Complaint ("Order") on October 13, 2009;

3   **WHEREAS**, pursuant to the Court's Order, Defendants must file an Answer to the Fifth
4   Amended Complaint on or before November 2, 2009;

5   **WHEREAS**, the Fifth Amended Complaint is 90 pages long and contains 298 paragraphs of
6   allegations;

7   **WHEREAS**, the parties have met and conferred and agreed to a two-week extension of the
8   deadline for filing Defendants' Answer to the Fifth Amended Complaint, from November 2, 2009
9   to November 16, 2009;

10  **WHEREAS**, if the Court extends the time for Defendants to file an Answer to the Fifth
11  Amended Complaint by two weeks, it will have no effect on the schedule for this case.

12  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties
13  hereto through their respective counsel of record, that Defendants shall have through and
14  including November 16, 2009 to file their Answer to the Fifth Amended Complaint.

16  **IT IS SO STIPULATED.**

18  Dated: October 23, 2009                COOLEY GODWARD KRONISH LLP

                                           */s/ Matthew D. Brown*
                                           Matthew D. Brown

                                           Attorneys for Defendants
                                           GILEAD SCIENCES, INC., JOHN C. MARTIN,
                                           JOHN F. MILLIGAN, MARK L. PERRY,
                                           NORBERT W. BISCHOFBERGER,
                                           ANTHONY CARRACIOLO and WILLIAM A.
                                           LEE

| | | |
|---|---|---|
| 1 | Dated: October 23, 2009 | KAPLAN FOX & KILSHEIMER LLP |

*/s/ Laurence D. King*
Laurence D. King

Liaison Counsel for Plaintiffs

Dated: October 23, 2009     COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

*/s/ David J. George*
David J. George

Co-Lead Counsel for Plaintiffs

Dated: October 23, 2009     MILBERG LLP

*/s/ Joshua H. Vinik*
Joshua H. Vinik

Co-Lead Counsel for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Susan Illston
United States District Judge
Northern District of California

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew D. Brown, attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order Extending Time for Defendants to File Answer to Fifth Amended Complaint Pursuant to Local Rule 6-2 has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of October, 2009, at San Francisco, California.

*/s/ Matthew D. Brown*
Matthew D. Brown

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

JOINT STIPULATION AND PROPOSED ORDER
MASTER FILE NO. C-03-4999-SI