Laurence D. King (SBN 206423)
  lking@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Fax: 415-772-4707

*Liaison Counsel for Plaintiffs*

David J. George (*admitted pro hac vice*)
  dgeorge@csgrr.com
Robert J. Robbins (*admitted pro hac vice*)
  rrobbins@csgrr.com
Holly Kimmel (*admitted pro hac vice*)
  hkimmel@csgrr.com
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: 561-750-3000
Fax: 561-750-3364

Stephen C. Neal (170085)
  sneal@cooley.com
John C. Dwyer (136533)
  jdwyer@cooley.com
Matthew D. Brown (196972)
  mbrown@cooley.com
Jeffrey M. Kaban (235743)
  jkaban@cooley.com
COOLEY GODWARD KRONISH LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-843-5000
Fax: 650-857-0663

*Counsel for Defendants*

Joshua H. Vinik (*admitted pro hac vice*)
  jvinik@milberg.com
Lori G. Feldman (*admitted pro hac vice*)
  lfeldman@milberg.com
Ross Brooks (*admitted pro hac vice*)
  rbrooks@milberg.com
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: 212-594-5300
Fax: 212-868-1229

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re GILEAD SCIENCES SECURITIES LITIGATION | Master File No. C-03-4999-SI |
| | **CLASS ACTION** |
| This Document Relates To: | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND CLASS CERTIFICATION SCHEDULING** |
| ALL ACTIONS | |

1    WHEREAS the parties have agreed to mediate this case before Judge Layn R. Phillips on

2  March 2, 2010; and

3    WHEREAS, the current schedule for briefing and argument on Plaintiffs' motion for class

4  certification commences on January 29, 2010, as reflected in the Civil Pretrial Minutes dated July

5  17, 2009 and filed on July 21, 2009 [D.E. 235]; and

6    WHEREAS, in light of the upcoming mediation, the parties wish to modify the class

7  certification schedule, and have agreed to a schedule whereby class certification briefing and certain

8  discovery proceedings would commence within 14 days of the mediation in the event the case does

9  not settle (in accordance with the schedule set forth below); and

10    WHEREAS, a Case Management Conference in this action had been set by the Court for

11  January 22, 2010, and the parties submitted their Joint Case Management Statement on January 15,

12  2010 [D.E. 252], which, *inter alia*, requested that the following schedule be entered; and

13    WHEREAS, the Case Management Conference has now been adjourned by the Court to

14  February 3, 2010, a date after the current class certification proceedings were supposed to

15  commence, thus necessitating the filing of this stipulation; and

16    WHEREAS, no prior request to modify the class certification schedule has been made in this

17  case, nor will the requested modifications have any effect on the schedule for the case as a

18  discovery cut-off and other dates have not yet been entered; and

19    WHEREAS, in light of these outstanding issues, for purposes of judicial efficiency and

20  economy, and in order to afford the parties an opportunity to prepare for and attend mediation, the

21  parties believe that the deadlines for class certification and other scheduling matters should be

22  established as set forth below;

23    NOW, THEREFORE, the parties hereby stipulate and agree, as follows:

24    1.    By January 29, 2010, Plaintiffs will produce the trading records of Lead Plaintiffs

25  showing the dates and nature of all transactions in Gilead stock.

26    2.    In the event the case does not settle, class certification briefing shall begin within 14

27  days of the March 2, 2010 mediation, as follows:  (a) Plaintiffs' motion for class certification

28

pursuant to Fed. R. Civ. P. 23 shall be filed on or before March 16, 2010; (b) Defendants' opposition to Plaintiffs' motion for class certification shall be filed on or before April 6, 2010; (c) Plaintiffs' reply in support of their motion for class certification shall be filed on or before April 27, 2010; (d) the hearing on the motion for class certification shall be scheduled on a date thereafter at the Court's discretion.

3.      With regard to class certification and other discovery in the event the case does not settle, the parties agree to the following schedule:  (a) Plaintiffs will respond to Defendants' First set of Requests for the Production of Documents and First Set of Interrogatories no later then March 16, 2010; (b) Lead Plaintiffs will be made available for deposition the week of March 22, 2010; (c) Defendants will respond to Plaintiffs' First Request for Production of Documents no later than March 29, 2010.

IT IS SO STIPULATED.


DATED:  January 21, 2010                    KAPLAN FOX & KILSHEIMER LLP


                                                    */s/ Laurence D. King*
                                                    LAURENCE D. KING

                                            Laurence D. King
                                            KAPLAN FOX & KILSHEIMER LLP
                                            350 Sansome Street, Suite 400
                                            San Francisco, CA 94104
                                            Telephone: 415-772-4700
                                            Fax: 415-772-4707
                                            email: lking@kaplanfox.com

                                            ***Liaison Counsel for Plaintiffs***

DATED:  January 21, 2010                    MILBERG LLP


                                                    */s/ Joshua H. Vinik*

                                            Joshua H. Vinik (*admitted pro hac vice*)
                                              jvinik@milberg.com
                                            Lori G. Feldman (*admitted pro hac vice*)

---

JOINT STIP AND [PROPOSED] ORDER RE MEDIATION AND CLASS CERT          Master File No.: C-03-4999-SI

1    lfeldman@milberg.com
     Ross Brooks (*admitted pro hac vice*)
2        rbrooks@milberg.com
     MILBERG LLP
3    One Pennsylvania Plaza
     New York, NY 10119-0165
4    Telephone: 212-594-5300
     Fax: 212-868-1229

5

6
     DATED:  January 21, 2010          COUGHLIN STOIA GELLER
7                                        RUDMAN & ROBBINS LLP

8

9                                          */s/ David J. George*
                                   _____
10                                        DAVID J. GEORGE

11                                 David J. George (*admitted pro hac vice*)
                                       dgeorge@csgrr.com
12                                 Robert J. Robbins (*admitted pro hac vice*)
                                       rrobbins@csgrr.com
13                                 Holly Kimmel (*admitted pro hac vice*)
                                       hkimmel@csgrr.com
14                                 COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
15                                 120 E. Palmetto Park Road, Suite 500
                                   Boca Raton, FL  33432
16                                 Telephone: 561-750-3000
                                   Fax: 561-750-3364

17                                 ***Co-Lead Counsel for Plaintiffs***

18
     DATED:  January 21, 2010          COOLEY GODWARD KRONISH LLP
19

20
                                          */s/ Matthew D. Brown*
21                                 _____
                                         MATTHEW D. BROWN

22                                 Stephen C. Neal (170085)
                                       sneal@cooley.com
23                                 John C. Dwyer (136533)
                                       jdwyer@cooley.com
24                                 Matthew D. Brown (196972)
                                       mbrown@cooley.com
25                                 Jeffrey M. Kaban (235743)
                                       jkaban@cooley.com
26                                 COOLEY GODWARD KRONISH LLP
                                   5 Palo Alto Square
27                                 3000 El Camino Real

28
     _____
     JOINT STIP AND [PROPOSED] ORDER RE MEDIATION AND CLASS CERT        Master File No.: C-03-4999-SI

Palo Alto, CA 94306
Telephone: 650-843-5000
Fax: 650-857-0663

***Counsel for Defendants***

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED:_____        _____
                             The Honorable Susan Illston
                             UNITED STATES DISTRICT JUDGE

The further case management conference has been conitnued to May 14, 2010, at 3:00 p.m.

The motion hearing has reserved for May 14, 2010, at 9:00 a.m.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Joint Stipulation and [Proposed] Order Regarding Mediation and Class Certification Scheduling.

DATED:  January 21, 2010            KAPLAN FOX & KILSHEIMER LLP


_____/S/ Linda M. Fong_____
LINDA M. FONG

## DECLARATION OF SERVICE

I, Annette Chatham, declare that I am over the age of eighteen (18) and not a party to the within action.  I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94111.

On January 21, 2010, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Linda M. Fong to file the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND CLASS CERTIFICATION SCHEDULING**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

On this date, I served the below parties:

| | |
|---|---|
| Jack G. Fruchter<br>Abraham Fruchter & Twersky LLP<br>One Penn Plaza<br>Suite 2805<br>New York, NY 10119 | Robert A. Jigarjian<br>Jigarjian Law Office<br>128 Tunstead Avenue<br>San Anselmo, CA 94960 |
| James M. Orman<br>Law Offices of James M. Orman<br>1845 Walnut Street, 14th Floor<br>Philadelphia, PA 19103<br>jorman@sdbslaw.com | Jennifer J. Sosa<br>MILBERG LLP<br>One Pennsylvania Plaza<br>49th Floor<br>New York, New York 10119<br>Telephone:  212-594-5300<br>Fax:  212-868-1229 |

_____   (BY FACSIMILE) I sent such document from facsimile machine on the above date.  I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

XXX    (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP.  I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

_____   (PERSONAL SERVICE)  I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

1

2 _____ (BY OVERNIGHT DELIVERY)  I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP.  I am readily familiar with Kaplan Fox

3 Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery

4 is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

5

6       I declare under penalty of perjury under the laws of the United States of America and the

7 State of California that the foregoing is true and correct.

8

9 Executed January 21, 2010 at San Francisco, California.

10

11                                         /s/ Annette Chatham
                                            Annette Chatham

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND CLASS
CERTIFICATION SCHEDULING: C-03-4999-SI