| | |
|---|---|
| Linda M. Fong (SBN 124232) | Stephen C. Neal (170085) |
| lfong@kaplanfox.com | sneal@cooley.com |
| KAPLAN FOX & KILSHEIMER LLP | John C. Dwyer (136533) |
| 350 Sansome Street, Suite 400 | jdwyer@cooley.com |
| San Francisco, CA 94104 | Matthew D. Brown (196972) |
| Telephone: 415-772-4700 | mbrown@cooley.com |
| Fax: 415-772-4707 | Jeffrey M. Kaban (235743) |
| | jkaban@cooley.com |
| *Liaison Counsel for Plaintiffs* | COOLEY GODWARD KRONISH LLP |
| | 5 Palo Alto Square |
| | 3000 El Camino Real |
| | Palo Alto, CA 94306 |
| | Telephone: 650-843-5000 |
| | Fax: 650-857-0663 |
| | |
| | *Counsel for Defendants* |
| | |
| David J. George (*admitted pro hac vice*) | Joshua H. Vinik (*admitted pro hac vice*) |
| dgeorge@csgrr.com | jvinik@milberg.com |
| Robert J. Robbins (*admitted pro hac vice*) | Lori G. Feldman (*admitted pro hac vice*) |
| rrobbins@csgrr.com | lfeldman@milberg.com |
| Holly Kimmel (*admitted pro hac vice*) | Ross Brooks (*admitted pro hac vice*) |
| hkimmel@csgrr.com | rbrooks@milberg.com |
| COUGHLIN STOIA GELLER RUDMAN | MILBERG LLP |
| & ROBBINS LLP | One Pennsylvania Plaza |
| 120 E. Palmetto Park Road, Suite 500 | New York, NY 10119-0165 |
| Boca Raton, FL 33432 | Telephone: 212-594-5300 |
| Telephone: 561-750-3000 | Fax: 212-868-1229 |
| Fax: 561-750-3364 | |

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re GILEAD SCIENCES SECURITIES LITIGATION | Master File No. C-03-4999-SI |
| | **CLASS ACTION** |
| This Document Relates To: | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES** |
| ALL ACTIONS | |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES:  C-03-4999-SI

1

1    WHEREAS by Joint Stipulation dated January 21, 2010 and So Ordered by this Court [D.E. 255], the parties informed the Court that they had scheduled a mediation of this action before Judge Layn R. Phillips; and

WHEREAS, at the request of the parties and in light of the upcoming mediation, the Court entered certain deadlines regarding discovery and class certification proceedings which were to be met "in the event the case does not settle" [D.E. 255]; and

WHEREAS, the parties are now pleased to report to the Court that they have reached an agreement-in-principle to settle this action; and

WHEREAS the parties are now proceeding with the drafting of a class action settlement stipulation and related documents, including the Notice to the Class, all of which will require Court approval; and

NOW, THEREFORE, the parties hereby stipulate and agree, as follows:

1.    In accordance with the prior Stipulation and Order [D.E. 255], all prior deadlines in the action with respect to Class Certification and discovery are hereby stayed; and

2.    The parties shall proceed to negotiate a class action settlement stipulation and related documents, including the required Notice to the Class pursuant to Fed. R. Civ. P. 23. Upon completion of those documents, plaintiffs will move the Court for preliminary approval of the settlement, Notice to the Class and for hearing on final settlement approval (the "Preliminary Approval Motion").

3.  If the Preliminary Approval Motion has not been filed within 30 days of the date of this Order, the parties shall file a report with the Court regarding the status of the parties' progress towards completion of the class action settlement stipulation and the Preliminary Approval Motion.

IT IS SO STIPULATED.

DATED: March 11, 2010                         KAPLAN FOX & KILSHEIMER LLP


                                              */s/ Linda M. Fong*
                                              LINDA M. FONG

                                              Linda M. Fong
                                              KAPLAN FOX & KILSHEIMER LLP
                                              350 Sansome Street, Suite 400
                                              San Francisco, CA 94104
                                              Telephone: 415-772-4700
                                              Fax: 415-772-4707
                                              email: lfong@kaplanfox.com

                                              **Liaison Counsel for Plaintiffs**

DATED: March 11, 2010                         MILBERG LLP


                                              */s/ Joshua H. Vinik*


                                              Joshua H. Vinik (*admitted pro hac vice*)
                                                 jvinik@milberg.com
                                              Lori G. Feldman (*admitted pro hac vice*)
                                                 lfeldman@milberg.com
                                              Ross Brooks (*admitted pro hac vice*)
                                                 rbrooks@milberg.com
                                              MILBERG LLP
                                              One Pennsylvania Plaza
                                              New York, NY 10119-0165
                                              Telephone: 212-594-5300
                                              Fax: 212-868-1229

| | |
|---|---|
| DATED: March 11, 2010 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |

*/s/ David J. George*
DAVID J. GEORGE

David J. George (*admitted pro hac vice*)
  dgeorge@csgrr.com
Robert J. Robbins (*admitted pro hac vice*)
  rrobbins@csgrr.com
Holly Kimmel (*admitted pro hac vice*)
  hkimmel@csgrr.com
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: 561-750-3000
Fax: 561-750-3364

***Co-Lead Counsel for Plaintiffs***

| | |
|---|---|
| DATED: March 11, 2010 | COOLEY GODWARD KRONISH LLP |

*/s/ Matthew D. Brown*
MATTHEW D. BROWN

Stephen C. Neal (170085)
  sneal@cooley.com
John C. Dwyer (136533)
  jdwyer@cooley.com
Matthew D. Brown (196972)
  mbrown@cooley.com
Jeffrey M. Kaban (235743)
  jkaban@cooley.com
COOLEY GODWARD KRONISH LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-843-5000
Fax: 650-857-0663

***Counsel for Defendants***

\*     \*     \*

---

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES:  C-03-4999-SI     4

**ORDER**

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED:_____    _____
                                The Honorable Susan Illston
                                UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES:  C-03-4999-SI       5

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES.

DATED:  March 11, 2010              KAPLAN FOX & KILSHEIMER LLP


                                    _____/s/ Linda M. Fong_____
                                         LINDA M. FONG

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES:  C-03-4999-SI

1

# DECLARATION OF SERVICE

I, Kelly Dunn, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94111.

On March 11, 2010, I used the Northern District of California's Electronic Case Filing (ECF) System, with the ECF identification registered to Linda M. Fong to file the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. On this date, I served the below parties by e-mail notices for this case:

- **Susan K. Alexander**
  SuziA@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Lauren Block**
  lblock@milberg.com

- **Brian D. Brooks**
  bbrooks@murrayfrank.com

- **Ross B. Brooks**
  rbrooks@milberg.com

- **Matthew Dean Brown**
  mbrown@cooley.com,nafeyla@cooley.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Lori G. Feldman**
  lfeldman@milberg.com

- **Linda M. Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com,agutierrez@kaplanfox.com

- **David Jude George**
  dgeorge@csgrr.com,e_file_fl@csgrr.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Robert A. Jigarjian**
  jigarjianlaw@gmail.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,kramerns@cooley.com

- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com,agutierrez@kaplanfox.com,istanescu@kaplanfox.com

- **Douglas C McDermott**
  doug@mcdermottnewman.com,eric@mcdermottnewman.com

- **John W. Pillette**
  CAND.USCOURTS@classcounsel.com

- **Robert Jeffrey Robbins**
  rrobbins@lerachlaw.com,ppuerto@lerachlaw.com

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Jennifer J. Sosa**
  jsosa@milberg.com

- **Marc M. Umeda**
  MUmeda@robbinsumeda.com,notice@robbinsumeda.com

- **Joshua H. Vinik**
  jvinik@milberg.com

The following is the list of attorneys who are **not** on the ECF list to receive e-mail notices for this case, and received manual noticing:

Jack G. Fruchter
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, NY 10119

Holly W. Kimmel
Coughlin Stoia Geller Rudman & Robbins LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

James M. Orman
Law Offices of James M. Orman
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES   Master File No.: C-03-4999-SI

_____ (BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

__XX__ (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

_____ (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

_____ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed March 11, 2010, at San Francisco, California.

                                        _/s/ Kelly E. Dunn_
                                         Kelly E. Dunn

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT-IN-PRINCIPLE TO SETTLE AND RELATED SCHEDULING DEADLINES          Master File No.: C-03-4999-SI