| | |
|---|---|
| Linda M. Fong (SBN 124232) | Stephen C. Neal (170085) |
| lfong@kaplanfox.com | sneal@cooley.com |
| KAPLAN FOX & KILSHEIMER LLP | John C. Dwyer (136533) |
| 350 Sansome Street, Suite 400 | jdwyer@cooley.com |
| San Francisco, CA 94104 | Matthew D. Brown (196972) |
| Telephone: 415-772-4700 | mbrown@cooley.com |
| Fax: 415-772-4707 | Jeffrey M. Kaban (235743) |
| | jkaban@cooley.com |
| *Liaison Counsel for Plaintiffs* | COOLEY GODWARD KRONISH LLP |
| | 5 Palo Alto Square |
| | 3000 El Camino Real |
| | Palo Alto, CA 94306 |
| | Telephone: 650-843-5000 |
| | Fax: 650-857-0663 |
| | |
| | *Counsel for Defendants* |
| David J. George (*admitted pro hac vice*) | Joshua H. Vinik (*admitted pro hac vice*) |
| dgeorge@csgrr.com | jvinik@milberg.com |
| Robert J. Robbins (*admitted pro hac vice*) | Lori G. Feldman (*admitted pro hac vice*) |
| rrobbins@csgrr.com | lfeldman@milberg.com |
| Holly Kimmel (*admitted pro hac vice*) | Ross Brooks (*admitted pro hac vice*) |
| hkimmel@csgrr.com | rbrooks@milberg.com |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | MILBERG LLP |
| 120 E. Palmetto Park Road, Suite 500 | One Pennsylvania Plaza |
| Boca Raton, FL 33432 | New York, NY 10119-0165 |
| Telephone: 561-750-3000 | Telephone: 212-594-5300 |
| Fax: 561-750-3364 | Fax: 212-868-1229 |

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re GILEAD SCIENCES SECURITIES LITIGATION | Master File No. C-03-4999-SI |
| | **CLASS ACTION** |
| This Document Relates To: | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FILING DEADLINE AND HEARING DATE** |
| ALL ACTIONS | |

1  WHEREAS, pursuant to a mediation, the parties reached an agreement-in principle to
2  settle this action and dismiss all claims with prejudice;

3  WHEREAS, a Memorandum of Understanding documenting the principal terms of the
4  proposed settlement was fully executed on May 5, 2010;

5  WHEREAS, on May 18, 2010, the Court held a case management conference in this
6  action, at which the parties informed the Court that they were currently negotiating the class
7  action settlement stipulation and related documents, including the Notice to the class, all of
8  which will require Court approval;

9  WHEREAS, contemplating successful negotiation and execution of the class action
10 stipulation and related documents, the Court set a deadline of June 16, 2010 for filing a motion
11 for preliminary approval of the settlement, along with the settlement stipulation and related
12 documents, for the Court's consideration;

13 WHEREAS, the Court further set a hearing on the motion for preliminary approval for
14 June 23, 2010, at 10:00 a.m.; and

15 WHEREAS, the parties are still in the process of negotiating certain terms in the
16 settlement stipulation and related documents and need additional time to finalize these
17 documents, thereby eliminating issues that might otherwise require Court attention;

18 NOW, THEREFORE, the parties hereby stipulate and agree, as follows:

19 1.  The deadline for filing the motion for preliminary approval, along with the
20 settlement stipulation and related documents, should be continued from Wednesday, June 16,
21 2010 to Wednesday, June 30, 2010.

22 2.  The hearing on the motion for preliminary approval should be continued from
23 Wednesday, June 23, 2010, at 10:00 a.m., to Wednesday, July 7, 2010, at 10:00 a.m.

24 IT IS SO STIPULATED.

25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF  - 2 -
FILING DEADLINE AND HEARING DATE:  C-03-4999-SI

| | |
|---|---|
| DATED: June 15, 2010 | KAPLAN FOX & KILSHEIMER LLP |
| | |
| | */s/ Linda M. Fong* |
| | LINDA M. FONG |
| | |
| | Linda M. Fong |
| | KAPLAN FOX & KILSHEIMER LLP |
| | 350 Sansome Street, Suite 400 |
| | San Francisco, CA 94104 |
| | Telephone: 415-772-4700 |
| | Fax: 415-772-4707 |
| | email: lking@kaplanfox.com |
| | |
| | ***Liaison Counsel for Plaintiffs*** |
| | |
| DATED: June 15, 2010 | MILBERG LLP |
| | |
| | */s/ Joshua H. Vinik* |
| | |
| | Joshua H. Vinik (*admitted pro hac vice*) |
| | jvinik@milberg.com |
| | Lori G. Feldman (*admitted pro hac vice)* |
| | lfeldman@milberg.com |
| | Ross Brooks (*admitted pro hac vice*) |
| | rbrooks@milberg.com |
| | MILBERG LLP |
| | One Pennsylvania Plaza |
| | New York, NY 10119-0165 |
| | Telephone: 212-594-5300 |
| | Fax: 212-868-1229 |
| | |
| DATED: June 15, 2010 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | |
| | */s/ David J. George* |
| | DAVID J. GEORGE |
| | |
| | David J. George (*admitted pro hac vice*) |
| | dgeorge@csgrr.com |
| | Robert J. Robbins (*admitted pro hac vice*) |
| | rrobbins@csgrr.com |
| | Holly Kimmel (*admitted pro hac vice*) |
| | hkimmel@csgrr.com |
| | ROBBINS GELLER |
| | RUDMAN & DOWD LLP |
| | 120 E. Palmetto Park Road, Suite 500 |
| | Boca Raton, FL  33432 |
| | Telephone: 561-750-3000 |
| | Fax: 561-750-3364 |
| | |
| | ***Co-Lead Counsel for Plaintiffs*** |

| | |
|---|---|
| DATED: June 15, 2010 | COOLEY LLP |

*/s/ Matthew D. Brown*
MATTHEW D. BROWN

Stephen C. Neal (170085)
 sneal@cooley.com
John C. Dwyer (136533)
 jdwyer@cooley.com
Matthew D. Brown (196972)
 mbrown@cooley.com
Jeffrey M. Kaban (235743)
 jkaban@cooley.com
COOLEY LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-843-5000
Fax: 650-857-0663

*Counsel for Defendants*

\*   \*   \*

**ORDER**

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED:_____    _____
                          The Honorable Susan Illston
                          UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order.

Dated:  June 15, 2010                           COOLEY LLP

                                                By: /s/ Matthew D. Brown
                                                        Matthew D. Brown

1183840 v1/SF